UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 15-16746-BKC-RAM

CASA EN DENVER, INC.,[1]                                  Chapter 11 Case


          Debtor.
_____/

### *EX-PARTE* MOTION OF CHAPTER 11 DEBTOR FOR JOINT ADMINISTRATION OF CASES

Casa en Denver, Inc. ("**Debtor**" or "**CED**"), by and through undersigned counsel, and pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1(B), hereby files this *Ex-Parte Motion of Chapter 11 Debtor for Joint Administration of Cases* (the "**Motion**"). In further support of this Motion, Debtor respectfully represents as follows:

### I.     Jurisdiction and Background

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C.§ 157(b)(2). Venue of this proceeding is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On April 14, 2015 (the "**Petition Date**"), CED and Casa Media Partners, LLC ("**CMP**") (collectively, CMP and CED are the "**Debtors**"), the parent company of CED, filed voluntary petitions for relief under United States Bankruptcy Code, 11 U.S.C. §§1101 *et seq* (the "**Bankruptcy Code**") commencing these Chapter 11 cases (the "**Chapter 11 Cases**").

---

[1] The last four digits of the Debtor's taxpayer identification number: 7559. The Debtor's address is 2600 S.W. 3rd Avenue, Suite PHB, Miami, Florida 33129.

3. CMP was incorporated in California in July 2011, and is the parent company and the owner of all of the equity interests of CED.

4. CED is a Colorado corporation that was formed in the spring of 2012. The Debtor continues to operate television stations in the greater Denver, Colorado area.

5. The Debtors have certain interrelated liabilities, management, contractual arrangements and operations, including but not limited to operating from the same corporate headquarters at 2600 S.W. 3rd Avenue, Suite PHB, Miami, FL 33129.

6. CMP was the first bankruptcy case filed and was assigned to Judge Robert A. Mark. (*In re: Casa Media Partners, LLC;* Case No. 15-16741-BKC-RAM) (the "**Lead Case**"). CED's case was subsequently filed under *Case No. 15-16746-BKC-RAM* and was also assigned to Judge Robert A. Mark.

## I. Relief Requested

7. Given the affiliation of the Debtors and, more significantly, the common interests of the Debtors with respect to the reorganization of the Debtors' estates, joint administration of these Chapter 11 cases shall, among other things: (i) preserve judicial resources and consistency of rulings that may impact on the Debtors and creditors of the estates; and (ii) avoid duplicity of pleadings, motions and other court papers filed during the proceedings.

8. Moreover, joint administration of the Debtors' Chapter 11 cases will protect both the Debtors and creditors against any conflict of interest between the estates.

9. For these reasons, the Debtors respectfully request that the Bankruptcy Court enter an order pursuant to Bankruptcy Rule 1015 for joint administration of these cases before Judge Robert A. Mark under the Lead Case.

10. A proposed Order granting this Motion is attached hereto and has been uploaded to the Court via CM/ECF.

**WHEREFORE**, the Chapter 11 Debtor, respectfully requests that the Court enter an Order (i) directing the joint administration of the Debtors' estates under the Lead Case in accordance with the Local Rules of the U.S. Bankruptcy Court for the Southern District of District of Florida; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: April 15, 2015.

          Respectfully Submitted,

          **TRIPP SCOTT, P.A.**
          *Proposed Counsel for Casa en Denver, Inc.*
          110 S.E. 6th Street, 15th Floor
          Fort Lauderdale, FL 33301
          Telephone: 954-525-7500
          Facsimile: 954-761-7500

By:   /s/ *Kristopher E. Aungst.*
      KRISTOPHER E. AUNGST
      *Florida Bar No. 55348*
      kea@trippscott.com
      MICHAEL C. FOSTER
      *Florida Bar No. 42765*
      mcf@trippscott.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 15, 2015, I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF*. I also certify that the foregoing document is being served this day (i) via transmission of Notice of Electronic Filing generated by *CM/ECF* on all counsel of record or pro se parties who are authorized to receive electronically Notices of

Electronic Filing in this bankruptcy case; and (ii) prepaid, first class U.S. mail upon all parties on the attached Master Service List.

        By:    /s/ *Kristopher E. Aungst.*
              KRISTOPHER E. AUNGST
              *Florida Bar No. 55348*
              kea@trippscott.com

```
Label Matrix for local noticing      Casa en Denver, Inc.                  ASCAP
113C-1                               2600 SW 3rd Avenue                    One Lincoln Plaza
Case 15-16746-RAM                    PH B                                  New York, NY 10023-7097
Southern District of Florida         Miami, FL 33129-2343
Miami
Wed Apr 15 16:22:46 EDT 2015

BMI                                  Barbara Lawrence                      Casa Media Partners, LLC
7 World Trade Center                 10155 Collins Avenue                  2600 SW 3rd Ave
250 Greenwich Street                 Suite 1505                            Suite PH B
New York, NY 10007-0085              Miami Beach, FL 33154-1627            Miami, FL 33129-2330


Colorado Department of Revenue       Commerce Bank                         Crown Castle Internantional Corp.
2447 North Union Blvd.               500 East LeClaire Road                2000 Corporate Drive
Colorado Springs, CO 80909-1107      Eldridge, IA 52748                    Canonsburg, PA 15317-8564


David Tillotson                      Denver TV Group, LLC                  Echo Properties Corp
4606 Charleston Terr. N.W.           c/o C T Corporation System            c/o Summit Capital, LLC
Washington, DC 20007-1911            1720 Carey Avenue                     P.O. Box 610
                                     Suite 200                             Littleton, CO 80160-0610
                                     Cheyenne, WY 82001-4427


Federal Communications Commission    Jose A. Ortiz-Maciel                  Kalil & Co., Inc.
Attn: Office of General Counsel      10524 Victor St.                      2960 North Swan Road
445 12th Street, S.W.                Commerce City, CO 80022-0704          Suite 134
Washington, DC 20554-0005                                                  Tucson, AZ 85712-6019


Kevin Russel                         LaLora, Inc                           Mark III Media, Inc.-KGWN
11270 CR 49                          7755 SW 85th CT                       2923 E. Lincolnway
Hudson, CO 80642-9606                Miami, FL 33143-3758                  Cheyenne, WY 82001-6199


MundoFox Broadcasting, LLC           Office of the US Trustee              Paul Gapinski
c/o C T Corporation System           51 S.W. 1st Ave.                      32500 East 143rd Avenue
818 West Seventh Street, 2nd Floor   Suite 1204                            Brighton, CO 80603-8316
Los Angeles, CA 90017-3407           Miami, FL 33130-1614


Paychex                              Pinnacle Towers, LLC                  Premier Business Centers, LLC
911 Panorama Trail S                 c/o Crown Castle International Corp.  3801 E. Florida Ave, Suite 400
Rochester, NY 14625-2396             2000 Corporate Drive                  Denver, CO 80210-2543
                                     Canonsburg, PA 15317-8564


SESAC                                SSN Media Gateway, LLC                Sadler Strategic Media
55 Music Square East                 1 Shackleford Drive                   12103 Viewcrest Road
Nashville, TN 37203-4362             Little Rock, AR 72211-2859            Studio City, CA 91604-3640


Skybeam                              Starcom MediaVest Group               SuitePlaces Executive Offices
619 SW 14th Street                   35 West Wacker Drive                  3801 E. Florida Ave, Suite 400
Loveland, CO 80537-6329              Chicago, IL 60601-1740                Denver, CO 80210-2543
```

| | | |
|---|---|---|
| TW Telecom<br>10475 Park Meadows Drive<br>Denver, CO 80214 | The Company Corporation<br>2711 Centerville Road<br>Wilmington, DE 19808-1646 | Worldlink Ventures Inc.<br>6100 Wilshire Blvd.<br>Suite 1400<br>Los Angeles, CA 90048-5111 |
| Xcel Energy<br>P.O. Box 840<br>Denver, CO 80201-0840 | Kristopher Aungst Esq.<br> Tripp Scott, P.A.<br>110 SE 6th Street<br>15 Floor<br>Fort Lauderdale, FL 33301 | Michael Foster<br>Tripp Scott<br>110 S.E. Sixth Street<br>Suite 1500<br>Fort Lauderdale, FL 33301-5039 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36